Charles H. ROANE, Plaintiff–
Appellant,

v.

WASHINGTON COUNTY HOSPITAL;
A.F. Abdullah, Defendants–
Appellees,

Liberty Mutual Insurance
Company, Movant.

No. 02–1383.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 30, 2002.

Decided Sept. 20, 2002.

Mark A. Cronin, Cronin & Scardino, Fort Washington, Pennsylvania; Kevin M. Fitzpatrick, Law Office of Kevin M. Fitzpatrick, P.C., Fairfax, Virginia, for Appel-

lant. Michael I. Joseph, Adelman, Sheff & Smith, L.L.C., Rockville, Maryland; Conrad W. Varner, Varner & Goundry, Frederick, Maryland, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles H. Roane appeals the district court's order denying his motion to reopen his medical malpractice action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Roane v. Washington County Hosp.*, No. CA–98–3191–CCB (D.Md. Mar. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*